### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:18-CR-_13___ (CDL) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) |
| CLINT WALKER, | : | 21 U.S.C. § 841(b)(1)(A)(viii) |
| Defendant. | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| _____ | : | 18 U.S.C. § 2428 |

**THE GRAND JURY CHARGES:**                    **INDICTMENT**

### COUNT ONE
### (POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE)

On or about December 19, 2017, in the Columbus Division of the Middle District

of Georgia, the Defendant,

### CLINT WALKER,

did unlawfully, knowingly, and intentionally possess with the intent to distribute a

Schedule II controlled substance, to wit: methamphetamine in an amount over 50 grams;

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT TWO
### (POSSESSION OF A FIREARM BY A CONVICTED FELON)

On or about December 19, 2017, in the Columbus Division of the Middle District

of Georgia, the Defendant,

### CLINT WALKER,

having been convicted of felony crimes punishable by imprisonment for a term exceeding

one (1) year, did knowingly possess a firearm in and affecting interstate and foreign

commerce, to wit: one (1) Star, Model BM, 9mm pistol, S/N SBM05214; All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE)

On or about December 19, 2017, in the Columbus Division of the Middle District of Georgia, the Defendant,

### CLINT WALKER,

did knowingly and unlawfully possess a firearm, incorporated by reference in Count Two of this indictment, to wit: one (1) Star, Model BM, 9mm pistol, S/N SBM05214, in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, incorporated by reference in Count One of this indictment; All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE NOTICE
### (18 U.S.C. § 2428 – Criminal Forfeiture)

1.      The allegations contained in Counts One through Six of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2.      Upon a conviction of an offense(s) set forth in of the indictment, Defendant, **CLINT WALKER,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, which constitutes or is derived from proceeds traceable to said violation(s); and/or any property, real or

personal, that was used or intended to be used to commit or to facilitate the commission of such violation.

       3.     If any property subject to forfeiture, as a result of any act or omission of the Defendant:

       a.     cannot be located upon the exercise of due diligence;

       b.     has been transferred or sold to, or deposited with, a third party;

       c.     has been placed beyond the jurisdiction of the court;

       d.     has been substantially diminished in value; or

       e.     has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21 United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2428(b)(2).

       All pursuant to Title 18, United States Code, Section 2428.

       A TRUE BILL.

       */S/Foreperson of the Grand Jury*
       FOREPERSON OF THE GRAND JURY

CHARLES E. PEELER
UNITED STATES ATTORNEY

Presented by:

CRAWFORD SEALS
ASSISTANT UNITED STATES ATTORNEY

**Filed in open court this \_\_\_ day of April, AD 2018.**

_____
**Deputy Clerk**