IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| CLINT WALKER, | : | |
| | : | |
| Petitioner, | : | |
| | : | CASE NO. 4:18-cr-13 CDL MSH-1 |
| vs. | : | CASE NO. 4:21-cv-13-CDL-MSH |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

Petitioner now seeks to withdraw his previously filed motion to vacate, set aside, or correct which he filed pursuant to 28 U.S.C. § 2255 based upon *Rehaif v. United States*, -- U.S. --, 139 S. Ct. 2191 (2019) (ECF No. 31). *See* Mot. to Withdraw 1, ECF No. 35. Finding good cause, the Court grants Petitioner's motion to withdraw his previously filed motion. Accordingly, his motion to vacate (ECF No. 31) and Respondent's motion to dismiss (ECF No. 33) are terminated.

SO ORDERED this 31st day of March, 2021.

S/Clay D. Land
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA