```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

UNITED STATES OF AMERICA          *

vs.                               *

CLINT WALKER,                     *       CASE NO. 4:18-CR-13 (CDL)

    Defendant.                    *

O R D E R

Presently pending before the Court is the Magistrate Judge's Recommendation that Defendant's motion for sentence reduction be denied. The Magistrate Judge construed the motion as one for compassionate release under 18 U.S.C. § 3582(c)(1)(A), and he recommends denying the motion because Defendant did not present any facts to support release under § 3582(c)(1)(A). Defendant filed an objection, so the Court must review the matter *de novo*. After *de novo* review, the Court is satisfied that Defendant did not establish a basis for compassionate release under § 3582(c)(1)(A), so the Recommendation is adopted to the extent that any request for relief under § 3582(c)(1)(A) is denied.

But the Recommendation does not clearly address Defendant's other argument, which is also highlighted in his objection: that he is entitled to relief under 18 U.S.C. § 3582(c)(2) based on an alleged change in the law related to Armed Career Criminal status. The Court therefore recommits this matter to the Magistrate Judge

with direction that he reconsider this matter and provide a supplemental report only addressing Defendant's request for relief under § 3582(c)(2).

IT IS SO ORDERED, this 15th day of December, 2023.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA